IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ROY L. JAMES AND ETHEL JAMES                                                PLAINTIFFS

v.                                           CIVIL ACTION NO.: 4:20-cv-124-DMB-JMV

ENOCH AILES, JR., et al.                                                     DEFENDANTS

## ORDER STAYING CERTAIN PROCEEDINGS

This matter is before the Court pursuant to L. U. Civ. R. 16(b)(3)(B) following the filing of Defendants' Motions to Dismiss [24 and 26], which assert jurisdictional defenses. Having considered the record, the Court is of the opinion that pursuant to L. U. Civ. R. 16(b)(3)(B), discovery in this matter is STAYED, pending a ruling on the jurisdictional defenses asserted in Defendants' Motions to Dismiss. Any party desiring jurisdictional discovery may file a motion for such relief within ten (10) business days of this date.

SO ORDERED this 28th day of September, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE