IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ROY L. JAMES and**                                                                             **PLAINTIFFS**
**ETHEL JAMES**

**V.**                                                      **NO. 4:20-CV-124-DMB-JMV**

**ENOCH AILES, JR., et al.**                                          **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order entered this day, this case is dismissed without prejudice.

**SO ORDERED**, this 22nd day of October, 2021.

                                                                **/s/Debra M. Brown**
                                                                **UNITED STATES DISTRICT JUDGE**